UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ROOFERS AND EMPLOYERS HEALTH AND SECURITY TRUST FUND,<br><br>Plaintiff(s),<br>v.<br><br>TORRES AND TORRES ROOFING AND SHEETMETAL LLC,<br><br>Defendant(s). | CASE NO. C24-1599-KKE<br><br>ORDER TO SHOW CAUSE |

The clerk previously entered an order of default as to Defendant in this matter on December 6, 2024. Dkt. No. 7. Since that time, Plaintiffs have not filed a motion for default judgment or requested any other relief from this Court. Plaintiffs are therefore ORDERED TO SHOW CAUSE no later than March 21, 2025, why this case should not be dismissed for failure to prosecute.

Dated this 26th day of February, 2025.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1